SEND

FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2006
CENTRAL DISTRICT OF CALIFORNIA
BY GC DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION<br><br>PLAINTIFF(S)<br>v.<br>JOHN LIN, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 05-06911 CBM (RCx)<br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

John Lin

Clerk, U. S. District Court

1/17/2006
Date

By G. Kami
Deputy Clerk

DOCKETED ON CM
JAN 17 2006
BY GC 022

(8)